EVA KELLY v. THOMAS C. KELLY.

June 23, 1981.

Petition for certification denied.

JOSEPH PIZZANO v. FEDERAL PACIFIC ELECTRIC COMPANY.

June 23, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. WARREN KING.

June 23, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK KING.

June 23, 1981.

Petition for certification denied.

ELAINE FINELLI v. ROBERT FINELLI.

June 23, 1981.

Petition for certification denied.